Filing # 43015420 E-Filed 06/21/2016 11:18:38 AM

IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

CASE NO:

FILED
2016 DEC 27 PM 2:57
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

PEDRO JOSE VALVERDE, and
LIDIA VALVERDE, his wife,

    Plaintiffs,

vs.

TARGET CORPORATION,

    Defendant.
_____/

2:16cv-909-FtM-38CM

## COMPLAINT

COME NOW the Plaintiffs, PEDRO JOSE VALVERDE and LIDIA VALVERDE, his wife, by and through undersigned counsel and sue the Defendant, TARGET CORPORATION, and allege the following:

### GENERAL ALLEGATIONS

1. This is an action in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS exclusive of interest and costs.

2. That the Plaintiffs, PEDRO JOSE VALVERDE and LIDIA VALVERDE, are and were residents of Lee County, Florida, and are otherwise sui juris.

3. That the Defendant, Target Corporation, is a Minnesota corporation, authorized to do business and doing business in Lee County, Florida.

4. That on August 18, 2014, Defendant, Target Corporation, owned and maintained property located at Target, 9350 Dynasty Drive, Fort Myers, Florida.

### COUNT I

5. That Plaintiff, PEDRO JOSE VALVERDE, reavers and realleges each and every allegation contained in paragraphs one (1) through four (4) above as if fully set forth herein.

6. That on August 18, 2014, the Plaintiff, PEDRO JOSE VALVERDE was a business invitee/guest on the Defendant's premises located at Target, 9350 Dynasty Drive, Fort Myers, Florida.

7. That at that time and place, Plaintiff, PEDRO JOSE VALVERDE slipped and fell on a slippery substance on the floor of the Defendant's premises.

8. That at that time and place, Defendant, TARGET CORPORATION, owed a duty to the Plaintiff to maintain the premises in a reasonably safe condition for the safety of the business invitees.

9. That at that time and place, Defendant, TARGET CORPORATION, was negligent in that Defendant failed to exercise reasonable care in the maintenance, inspection, repair, and warning of the premises.

10. That on August 18, 2014, Defendant, TARGET CORPORATION, failed to clean up and/or dry the substance on the floor, and Defendant failed to warn its invitees of the substance on the floor, thereby causing the Plaintiff to fall resulting in injuries.

11. The negligent condition was known to the Defendant or had existed for a sufficient length of time so that the Defendant should have known of it.

12. As a result of the Defendant's, TARGET CORPORATION, negligence, Plaintiff, PEDRO JOSE VALVERDE suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, PEDRO JOSE VALVERDE, demands judgment against the Defendant, TARGET CORPORATION, for damages in excess of $15,000.00, plus costs incurred herein. The Plaintiff further demands trial by jury of all issues so triable as of right.

<u>COUNT II</u>

13. The Plaintiff, LIDIA VALVERDE, realleges paragraphs one (1) through four (4) above as if fully set forth herein.

14. At all times material hereto, the Plaintiff, LIDIA VALVERDE, was the lawful spouse of the Plaintiff, PEDRO JOSE VALVERDE.

15. The Plaintiff, LIDIA VALVERDE, further alleges that as a direct and proximate result of the injuries sustained by the Plaintiff, PEDRO JOSE VALVERDE, the Plaintiff, LIDIA VALVERDE, has in the past and will suffer in the future the loss of PEDRO JOSE VALVERDE's services, companionship and consortium.

WHEREFORE, the Plaintiff, LIDIA VALVERDE, demands judgment against the Defendant, TARGET CORPORATION, for damages in excess of $15,000.00, plus costs incurred herein. The Plaintiff further demands trial by jury of all issues so triable as of right.

DATED: 06/20/16.

> BOONE & DAVIS, P.A.
> Counsel for Plaintiffs
> 2311 North Andrews Avenue
> Fort Lauderdale, Florida 33311
> (954) 566-9919
> service: pleadings@boonedavis.com
> assistant: kristen@boonedavis.com
>
> By: _____
> MICHAEL S. DAVIS, ESQUIRE
> mdavis@boonedavis.com
> FBN: 330094