UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PEDRO JOSE VALVERDE and LIDIA VALVERDE,

      Plaintiffs,

v.                                         Case No: 2:16-cv-909-FtM-38CM

TARGET CORPORATION,

      Defendant.

## ORDER

This matter comes before the Court upon review of Unopposed Defendant's Motion to Extend Deadline to Disclose Expert Reports, Discovery Deadline, and Mediation Deadline (Doc. 25) filed on July 11, 2017. Defendant seeks to extend the deadline for disclosure of expert reports, the discovery deadline and the mediation deadline for sixty (60) days because Defendant experienced a delay in obtaining Plaintiff's medical records. Doc. 25 at 2. As a result, Defendant alleges that its expert has not had an opportunity to review the records and produce reports. *Id.* Plaintiff does not oppose the requested relief. *Id.*

On February 22, 2017, the Court entered a Case Management and Scheduling Order ("CMSO"), setting the deadlines for disclosure of expert reports to July 14, 2017, the discovery deadline to September 8, 2017, the mediation deadline to September 15, 2017, the deadline for dispositive motions to October 2, 2017, and a trial term of February 5, 2018. Doc. 24 at 1-2.

District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion. *Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). Rule 16 requires a showing of good cause for modification of a court's scheduling order. Fed. R. Civ. P. 16(b)(4). "This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F. 3d 1417, 1418 (11th Cir. 1998) (internal quotations and citations omitted).

Here, the Court finds good cause to grant the requested extension based on Defendant's representation. Doc. 25. Furthermore, this is the first extension of the CMSO deadlines, and Plaintiff does not oppose the requested relief. *Id.* at 2. In addition to granting the requested relief, the Court will *sua sponte* extend the remaining deadlines because of the requested extension's impact on the CMSO deadlines. Given the length of the extension, the Court expects the parties to exercise their diligence in meeting the extended deadlines. The parties' continued diligence and coordination will help avoid the parties' future need to file additional motions to extend the deadlines.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Unopposed Defendant's Motion to Extend Deadline to Disclose Expert Reports, Discovery Deadline, and Mediation Deadline (Doc. 25) is **GRANTED**.

2. An amended case management and scheduling order will be issued under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida on this 11th day of July, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record